**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SIERRA CLUB; CENTER FOR BIOLOGICAL DIVERSITY; EARTHWORKS; ENVIRONMENTAL DEFENSE FUND; NATURAL RESOURCES DEFENSE COUNCIL; THE WILDERNESS SOCIETY; NATIONAL WILDLIFE FEDERATION; CITIZENS FOR A HEALTHY COMMUNITY; DINÉ CITIZENS AGAINST RUINING OUR ENVIRONMENT; ENVIRONMENTAL LAW AND POLICY CENTER; FORT BERTHOLD PROTECTORS OF WATER AND EARTH RIGHTS; MONTANA ENVIRONMENTAL INFORMATION CENTER; SAN JUAN CITIZENS ALLIANCE; WESTERN ORGANIZATION OF RESOURCE COUNCILS; WILDERNESS WORKSHOP; WILDEARTH GUARDIANS; and WYOMING OUTDOOR COUNCIL, <br><br>        Plaintiffs, <br><br>        v. <br><br> RYAN ZINKE, in his official capacity as Secretary of the Interior; BUREAU OF LAND MANAGEMENT; and UNITED STATES DEPARTMENT OF THE INTERIOR, <br><br>        Defendants. | Case No. 3:17-cv-7187-WHO <br><br> Related to Case No. 3:17-cv-7186-WHO <br><br> Judge: Hon. William H. Orrick <br><br> **ORDER GRANTING JOINT STIPULATION TO ENLARGE TIME** |

Pursuant to Plaintiffs' and Defendants' Joint Stipulation to Enlarge Time, IT IS SO ORDERED. Plaintiffs in Cases No. 3:17-cv-7186-WHO & 3:17-cv-7187-WHO shall file their motions for summary judgment on or before October 26, 2018.

IT IS SO ORDERED.

Dated: September 17, 2018

_____
WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE