Stacey Geis, CA Bar No. 181444
Earthjustice
50 California St., Suite 500
San Francisco, CA 94111-4608
Phone: (415) 217-2000
Fax: (415) 217-2040
sgeis@earthjustice.org

*Counsel for Plaintiffs Sierra Club et al.*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SIERRA CLUB, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DAVID BERNHARDT, in his official capacity as Secretary of the Interior, et al.,<br><br>    Defendants. | Case No. 3:17-cv-07187-WHO<br><br>Related to Case No. 3:17-cv-07186-WHO<br><br>Judge: Hon. William H. Orrick<br><br>**PARTIES' JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS** |

Pursuant to Civil Local Rules 6-1(b) and 6-2(a), and in conformance with Civil Local Rule 7-12, Plaintiffs Sierra Club, et al. and Federal Defendants David Bernhardt, et al. hereby stipulate to and respectfully request that the Court enter an order extending by 60 days the briefing schedule for Plaintiffs' motion for attorneys' fees, costs, and other litigation expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(B) ("EAJA"). The parties seek this extension to facilitate continued settlement talks between Plaintiffs and Federal Defendants. Plaintiffs conferred with Intervenor-Defendants State of North Dakota, State of Texas, Western Energy Alliance, Independent Petroleum Association of America, and American Petroleum Institute who all take no position on this stipulation.

Although the Parties have been diligently pursuing settlement discussions, more time is required to explore whether the parties can reach agreement. Pursuant to Civil Local Rule 6-2(a)(1), good cause therefore exists to approve this stipulation to provide the Parties with additional time to

explore opportunities to settle, rather than litigate, Plaintiffs' Petition. Accordingly, the Parties stipulate and agree to a modified briefing schedule whereby:

1. Plaintiffs and Defendants will continue to endeavor to settle EAJA fees, costs, and litigation expenses. If the parties are unable to reach a settlement, Plaintiffs will amend their EAJA motion no later than July 1, 2019.

2. Federal Defendants will respond to Plaintiffs' amended motion within 35 days of the filing of Plaintiffs' amended motion, and Plaintiffs will reply within 14 days of the filing of Federal Defendants' response.

3. By joining this stipulation, Federal Defendants do not waive any defense to Plaintiffs' claims for attorneys' fees and costs.

Pursuant to Civil Local Rule 6-2(a)(2), the Parties disclose that on December 29, 2017, the Court granted the Federal Defendants' request for an enlargement of time to respond to Plaintiffs' motion for preliminary injunction. Clerk's Notice re: Briefing Schedule as to Motion for Preliminary Injunction and Motion to Intervene, ECF No. 47 (no associated document). On July 11, 2018, the Court granted the Federal Defendants' motion to extend the deadline for filing an amended administrative record by thirty days. ECF No. 104. No other time modifications have been sought in this case. Furthermore, pursuant to Civil Local Rule 6-2(a)(3), the parties disclose that there are no other pending motions or expected proceedings that would be impacted by this requested time modification.

Dated: April 30, 2019                    Respectfully submitted,

JEAN E. WILLIAMS
Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Div.

/s/ Clare Boronow
CLARE BORONOW, Trial Attorney
Admitted to Maryland Bar
Natural Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202

Tel: (303) 844-1362
Fax: (303) 844-1350
clare.boronow@usdoj.gov

*Counsel for Defendants*

<u>/s/ Stacey Geis</u>
Stacey Geis, CA Bar No. 181444
Earthjustice
50 California St., Suite 500
San Francisco, CA 94111-4608
Phone: (415) 217-2000
Fax: (415) 217-2040
sgeis@earthjustice.org

*Counsel for Plaintiffs Sierra Club et al.*